### EARL GATLING v. THE STATE.

#### No. 9498. Delivered May 27, 1925.

**Theft, a Felony—Appeal Dismissed—Request of Appellant.**

Appellant having filed an affidavit in this court, that he no longer desires to prosecute his appeal, but wishes to withdraw same, the appeal is dismissed.

Appeal from the District Court of Hunt County. Tried below before the Hon. J. M. Melson, Judge.

Appeal from a conviction for a felony theft; penalty, two years in the penitentiary.

No brief filed by appellant.

*Tom Garrard*, State's Attorney, and *Grover C. Morris*, Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for felony theft. Punishment, two years in the penitentiary.

Defendant has filed an affidavit making known to this court that he no longer desires to prosecute his appeal but wishes to withdraw same.

In compliance with said request the appeal is dismissed.

*Dismissed.*